IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAYLIN TOLES, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-710-WKW |
| | ) | [WO] |
| WALLY OLSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On January 8, 2019, the Magistrate Judge filed a Recommendation (Doc. # 14) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) the Recommendation is ADOPTED (Doc. # 14); and

(2) Plaintiff's action is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 29th day of January, 2019.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE